SAMUEL RAYBURN et al., Appellants, v. CITY OF ST. LOUIS, et al.

**Division One, June 1, 1911.**

Appeal from St. Louis City Circuit Court.—*Hon. Matt G. Reynolds,* Judge.

DISMISSED.

*Geo. S. Grover* for appellants.

*L. E. Walther* and *T. P. Young* for respondents.

WOODSON, J.—There is no difference in the facts of this case, and the case of Hicks v. City of St. Louis, the opinion in which, has just been handed down, and which is reported at page 647. The holding in that case is conclusive of this. The appeal must therefore be dismissed, and it is so ordered.

All concur.